

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>STEVEN DON PJEVACH<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA 16-00273M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Tuesday__, __May 31, 2016__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Jay C. Gandhi__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __5-26-2016__

_____
U.S. ~~District Judge~~/Magistrate Judge

Jay C. Gandhi

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                                   Page 1 of 1